In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-203 CR


____________________



PHILLIP PAUL MUNIZ, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the County Court at Law No. 3


Montgomery County, Texas


Trial Cause No. 03-183635






MEMORANDUM OPINION


 A jury found Phillip Paul Muniz guilty of driving while intoxicated. Tex. Pen.
Code Ann. § 49.04 (a), (b) (Vernon 2003). The jury assessed punishment for the Class
B misdemeanor offense at 90 days of jail confinement and a $1,000 fine. Tex. Pen.
Code. Ann. § 12.22 (Vernon 2003).

 The brief filed by Muniz's appellate counsel concludes no arguable error is
presented in this appeal. See Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and High v. State, 573 S.W.2d 807 (Tex. Crim. App. 1978). On
May 19, 2005, we granted an extension of time for Muniz to file a pro se brief. We
received no response from the appellant. 

 We have reviewed the entire record, and find no error that will arguably support
an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. Compare Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App.
1991). The judgment is affirmed.

 AFFIRMED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Submitted on October 10, 2005

Opinion Delivered November 16, 2005

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.